UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICKY DICKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:10-CV-1789-G (BD) |
| TRACY LYNN HICKS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

November 4, 2010.

_____
A. JOE FISH
**Senior United States District Judge**